# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

RANDALL MORGAN,    :

   Plaintiff,    :  Case No. 3:12cv00126

 vs.        :  District Judge Walter Herbert Rice
            Chief Magistrate Judge Sharon L. Ovington
CAROLYN W. COLVIN,   :
Acting Commissioner of the Social
Security Administration,   :

   Defendant.    :

---

## DECISION AND ENTRY

---

This case is before the Court upon the parties' Joint Stipulation To Award EAJA Fees.  (Doc. #20).  The parties have jointly stipulated to, and petitioned for, an award of attorney fees, costs, and expenses in the total amount of $3,500.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA, 28 U.S.C. § 2412. The parties further agree that any EAJA fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to *Astrue v. Ratliff*, 560 U.S. __, 130 S.Ct. 2521 (2010).

Accordingly, the Court hereby **ORDERS** that:

1. The parties' Joint Stipulation To Award EAJA Fees (Doc. #20) is accepted, and Defendant shall pay Plaintiff's attorney fees, costs, and expenses under 28 U.S.C. § 2412 in the total amount of $3,500.00;

2.      Defendant shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset.  If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's attorney, Gary M. Blumenthal; and

3.      The case remains terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge