IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RANDALL MORGAN, :

    Plaintiff, :

                                                  Case No. 3:12cv00126

                                   :

vs.                                     District Judge Walter Herbert Rice
                                       :      Chief Magistrate Judge Sharon L. Ovington

CAROLYN W. COLVIN,
Acting Commissioner of the Social   :
Security Administration,

                                   :

    Defendant.

                                    :

## DECISION AND ENTRY

    The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #24), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on December 10, 2014 (Doc. #24) is ADOPTED in full;

    2.    Plaintiff's Attorney's Motion For An Award Of Attorney Fees Under 42 U.S.C. §406(b) (Doc. #22) is GRANTED;

3. The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $14,000.00;

4. Plaintiff's counsel is directed to reimburse Plaintiff the amount of previously awarded EAJA fees, totaling $6,866.09; and

5. The case remain terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge